UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE GALARZA, | : |
| : | NO. 3:19-CV-0400 |
| Plaintiff | : |
| : | (JUDGE MARIANI) |
| v. | : |
| : | |
| BEST WESTERN PLUS – GENETTI | : |
| HOTEL AND CONFERENCE CENTER and | : |
| GENETTI HOSPITALITY, INC., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 15TH DAY OF OCTOBER 2020**, upon consideration of Defendants Best Western Plus- Genetti Hotel and Conference Center and Genitti Hospitality, Inc.'s motion summary judgment (Doc. 18) and all accompanying briefs and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion is **DENIED**.

An Order scheduling this matter for trial will be separately issued.

Robert D. Mariani
United States District Judge